### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

**In the Matter of:**

| Lori K Menefee | } | **Case No: 07-00795-BGC13** |
| SSN: XXX-XX-3482 | } | |
| DEBTOR(S). | } | |
| | } | |
| | } | |

### ORDER AND NOTICE OF HEARING

This matter was scheduled for a hearing on Tuesday, February 07, 2012 10:30 AM on the following:

    RE: Doc #56; Renewed Motion for Relief From Stay filed by Thomas G. Tutten, Jr., Attorney for Nationstar Mortgage LLC

Proper notice of the hearing was given.

**It is therefore ORDERED ADJUDGED and DECREED that:**

Based on a telephone call received on February 6, 2012 from Thomas G. Tutten, Jr., attorney for the Movant, the hearing on the Renewed Motion for Relief from Stay is continued to February 28, 2012 at 10:30 a.m. in Courtroom No. 2 by agreement of the parties.

Pursuant to section 362(e)(2) of the Bankruptcy Code, "unless a final decision is rendered by the court during the 60-day period beginning on the date of the request [for relief from the stay], or such 60-day period is extended" the stay shall terminate on the 60th day. 11 U.S.C.A. Section 362(e)(2) (parenthetical added.)  But Section 362(e)(2)(B) provides that the 60-day period may be extended by agreement of the parties.

Therefore, based on the above it is ORDERED that the section 362(e)(2) 60-day deadline for the pending motion is, by agreement of the parties, extended until April 27, 2012.

Dated: 02/07/2012

                                    /s/ BENJAMIN COHEN

                                    BENJAMIN COHEN

                                    United States Bankruptcy Judge