# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

In the Matter of:

| | |
|---|---|
| Lori K Menefee } | **Case No: 07-00795-BGC13** |
| SSN: XXX-XX-3482 } | |
| DEBTOR(S). } | |
| } | |
| } | |

## ORDER GRANTING

This matter was scheduled for a hearing on Tuesday, February 28, 2012 10:30 AM on the following:

RE: Doc #56; Renewed Motion for Relief From Stay filed by Thomas G. Tutten, Jr., Attorney for Nationstar Mortgage LLC

Proper notice of the hearing was given.

**It is therefore ORDERED ADJUDGED and DECREED that:**

Based on a telephone call received on February 27, 2012 from Thomas G. Tutten, Jr., attorney for the movant, the Renewed Motion for Relief from Stay filed by Nationstar Mortgage LLC is GRANTED without objection. The hearing scheduled for February 28, 2012 on this matter will not be held.

Dated: 02/27/2012

/s/ BENJAMIN COHEN
BENJAMIN COHEN
United States Bankruptcy Judge